UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
FREDERICK SANCHEZ,

          Plaintiff

-against-

THE UNITED STATES OF AMERICA
and THE DRUG ENFORCEMENT
ADMINISTRATION,

          Defendants.
-----------------------------------------------------x

**ORDER**
Case No. 05-CV-2650 (FB) (RLM)



ORIGINAL
D∊F

**BLOCK, Senior District Judge:**

        The parties shall, within ten (10) days of the date of this Order, file and serve letter briefs addressing the effect of *Jones v. Flowers*, — U.S. —, — S. Ct. —, 2006 WL 1082955 (2006), on this case.

**SO ORDERED**

                                               FB
                                    _____
                                    FREDERIC BLOCK
                                    United States Senior District Judge

Brooklyn, New York
April 26, 2006